The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-127RSL |
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |
| (1) MAX LOUARN, | |
| aka "MAXiMiLiEN," | |
| aka "Julien Ambroise," | |
| (2) YUANNING CHEN, | |
| aka "Yuan Ning Chen," | |
| aka "Velison Chen," | |
| aka "100+1," | |
| aka "Jingui Chen," and | |
| (3) GARY BOWSER, | |
| Defendants. | |

Please take notice that Francis Franze-Nakamura, Assistant United States Attorney for the Western District of Washington, hereby withdraws as attorney of record for the United States. Brian D. Werner, Assistant United States Attorney for the Western District of Washington, remains as counsel of record.

DATED this 4th day of January, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney

NOTICE OF WITHDRAWAL – 1
*United States v. Louarn, et al.,* CR20-127RSL