Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAX LOUARN, ET AL., <br><br> Defendant. | NO. CR20-127 RSL <br><br> GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Sok Tea Jiang, Assistant United States Attorney for the Western District of Washington, hereby appears as counsel for the United States of America in the above-referenced matter.

//

//

//

Notice of Appearance- 1
*United States v. Louarn, et al., CR20-127RSL*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Sok Tea Jiang is now counsel of record for this case on behalf of the United States.
2  Undersigned counsel respectfully requests that all pleadings, court documents, and
3  correspondence be forwarded to the below-listed AUSA:

> Sok Tea Jiang
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: (206) 553-1635
> Fax Number: (206) 553-0582
> Email: sok.jiang@usdoj.gov

DATED this 26th day of January, 2023.

> Respectfully submitted,
>
> NICHOLAS W. BROWN
> United States Attorney
>
> *s/ Sok Tea Jiang*
> SOK TEA JIANG
> Assistant United States Attorney
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: 206-553-1635
> Fax: 206-553-0582
> Email: sok.jiang@usdoj.gov

Notice of Appearance- 2
*United States v. Louarn, et al., CR20-127RSL*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970