Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAX LOUARN, ET AL.,<br><br>Defendant. | NO. CR20-127 RSL<br><br>GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that there has been a change of counsel for the United States and Assistant United States Attorney(s) Nicholas Manheim is no longer assigned to this case and hereby submits this notice of withdrawal. The withdrawing AUSA(s) request to be terminated and to be removed from receiving CM/ECF notices.

//
//
//

Notice of Withdrawal - 1
*United States v Louarn, et al.*, CR20-127RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Sok Tea Jiang has entered their appearance and remains as counsel of record for the
2  government, and all future pleadings and correspondence shall continue to be directed to
3  Sok Tea Jiang.
4      DATED this 26th day of January, 2023.

                                      Respectfully submitted,

                                      NICHOLAS W. BROWN
                                      United States Attorney

                                      *s/ Nicholas Manheim*
                                      NICHOLAS MANHEIM
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      700 Stewart Street, Suite 5220
                                      Seattle, Washington 98101-1271
                                      Phone: 206-553-4399
                                      Fax: 206-553-0582
                                      Email: nicholas.manheim@usdoj.gov

Notice of Withdrawal - 2
*United States v Louarn, et al.*, CR20-127RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970